IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-269-FDW-DCK

| | |
|---|---|
| STEIN LAW, P.C., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| FRANK SUESS, PHARMA SUPPLY, INC. NATIONAL HOME RESPIRATORY SERVICE, INC. D/B/A DIABETIC SUPPORT PROGRAM, DIABETIC SUPPLY OF SUNCOAST, INC., JAMES P. SCHOOLEY, ESQ., SCHOOLEY & ASSOC., INC., and DOES 1 through 5, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) filed by Andrew Harris, Esq., concerning Mitchell A. Stein, Esq. on June 11, 2014. Mr. Mitchell A. Stein seeks to appear as counsel *pro hac vice* for Plaintiff Stein Law, P.C. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) is **GRANTED.** Mr. Mitchell A. Stein is hereby admitted *pro hac vice* to represent Plaintiff Stein Law, P.C.

**SO ORDERED**.

Signed: June 11, 2014

David C. Keesler
United States Magistrate Judge